In the United States District Court

For the District of Rhode Island
(Form mailed MAY,15_____, 20_07_)

Jerry Lee Griffin
_____
_____
_____

# CA 07 212

Enter above the full name of the plaintiff
in this action.

Civil Action No. _____

v.

City of Providence
Providence Police Dept.
Jmusco
Sgt. Partridge, Deschamps

Enter above the full name of the defendant
or defendants in this action.

1. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes ☐           No ☒

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit

            Plaintiffs:   _____
                              _____

            Defendants:  _____
                              _____

2. Court (if federal court, name the district; if state court, name the county):

_____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed?  Was it appealed?  Is it still pending?)

_____

_____

6. Approximate date of filing law suit:        _____

7. Approximate date of disposition:          _____

II.  Place of Present Confinement:          _____

   A.  Did you present the facts relating to your complaint to the Warden or any of the prison

   officials?    Yes ☒     No ☐

   B.  If your answer is YES:

     1.  What steps did you take? Sent letter To Investergator John Lopez. He than took pictures of my face and sent the to Prov. Internal Affairs.

     2.  What was the result? NONE _____

_____

   C.  If your answer is NO, explain why not:  _____

_____

III.  Parties

  (In item A below, place your name in the first blank.  Do the same for additional plaintiffs, if any.)

   A.  Name of plaintiff  Terry Lee Griffin _____

  (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item C for the names, position, and places of employment of any additional defendants.)

   B.  Defendant  J MUSCO / Police Dept.  is employed as Prov 2 Police Officer.  at  Prov Police Dept.

   C.  Additional Defendants:  Sgt. Partridge   Prov Police Officer   City of Providence   Providence Police Dept.

2

IV.  Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheet if necessary.)

On April 3, 2007 I was in a car that I found out later it was stolen. When the car came to a stop I got out. The Prov police were there. They asked me to get on the ground so I did. A moment later I was handcuffed. One officer asked me question that I had no answers for so he kicked me in my face splitting my eyebrow open. While getting up I was dizzy and couldn't see from the blood in my eyes. I stummbled and the officer's hand came from my arm. He Said, trying to get away. Then he punched me in my head, yelling you broke my hand. I was treated at Roger Williams hospital. Officer J museo and Sgt. Partridge. We involed, Deschamps. I'm suffering from blurred vision, head aches and neck pain, discoloration, yes

V.  Relief

State briefly exactly what you want the court to do for you.  (Make no legal arguments.  Cite no cases or statutes.)

I want the charges dropped and hospital bill paid. Punitive damages to my eye and pain and Suffering. Furthe Hospital Bills.
Plaintiff requests a trial by jury.

VI. Note:

> Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this _Jerry L. Hill: Terry L. Griffin_ day of _May 15, 0~_
_15th_ , 20_07_.

_Jerry L. Hill_
Signature of plaintiff

_502 CAHIR STREET # 502_
_Providence,_
_Rhode Island 02903_
Complete address of plaintiff