UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TERRY LEE GRIFFIN, :
Plaintiff, :
:
v. : CA 07-212 T
:
CITY OF PROVIDENCE, :
PROVIDENCE POLICE DEPARTMENT, :
OFFICER JMUSCO, :
SERGEANT PARTRIDGE, and :
OFFICER DESCHAMPS, :
Defendants. :

**ORDER**
**DENYING WITHOUT PREJUDICE**
**APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff Terry Lee Griffin ("Plaintiff") seeks relief pursuant to 42 U.S.C. § 1983, see Complaint (Document ("Doc.") #1), and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a), see Application to Proceed without Prepayment of Fees and Affidavit (Doc. #2). Although Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a)(1) and a copy of an Inmate Account History, that document is neither certified nor obtained from an appropriate official at the Adult Correctional Institutions ("ACI"), where Plaintiff is currently confined, as directed by 28 U.S.C. § 1915(a)(b).[1]

---

[1] Section 1915(a) provides that:

> (1) Subject to subsection (b), any court of the United States may authorize the commencement, prosecution or defense of any suit, action or proceeding, civil or criminal, or appeal therein, without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefor. Such affidavit shall state the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress.
>
> (2) A prisoner seeking to bring a civil action or appeal a

Accordingly, Plaintiff's Application is denied without prejudice. Plaintiff may refile the Application along with a certified copy of the prisoner trust fund account statement (or institutional equivalent), obtained from an appropriate official at the ACI, by July 20, 2007.[2]

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
June 28, 2007

---

> judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), **shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal**, obtained from the appropriate official of each prison at which the prisoner is or was confined.

28 U.S.C. § 1915(a) (bold added).

[2] The Court notes that Plaintiff is still required to pay the statutory filing fee of $350.00 for this action. Pursuant to the Prison Litigation Reform Act of 1995 ("the Act"), adopted April 25, 1996, and codified at 28 U.S.C. § 1915(b)(1), a prisoner seeking to file in forma pauperis must pay as an initial filing fee the greater of twenty percent (20%) of the average monthly deposits to his account or the average monthly balance for the six months prior to the filing of his petition. Subsequently, a prisoner must pay monthly twenty percent (20%) of the previous month's balance in his or her account.