UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TERRY LEE GRIFFIN, :
Plaintiff, :
:
v. : CA 07-212 T
:
CITY OF PROVIDENCE, :
PROVIDENCE POLICE DEPARTMENT, :
OFFICER JMUSCO, :
SERGEANT PARTRIDGE, and :
OFFICER DESCHAMPS, :
Defendants. :

**ORDER GRANTING**
**SECOND APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff Terry Lee Griffin ("Plaintiff") seeks relief pursuant to 42 U.S.C. § 1983, see Complaint (Document ("Doc.") #1), and has filed a second request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a), see Application to Proceed without Prepayment of Fees and Affidavit (Doc. #4) ("Second Application").[1] The Second Application is hereby GRANTED.

Pursuant to the Prison Litigation Reform Act of 1995 ("the Act"), adopted April 25, 1996, and codified at 28 U.S.C. § 1915(b)(1), however, a prisoner seeking to file in forma pauperis must pay as an initial filing fee the greater of twenty percent (20%) of the average monthly deposits to his account or the

---

[1] The Court denied Plaintiff's first request for leave to proceed in forma pauperis because a certified copy of the prisoner trust fund account statement, obtained from an appropriate official at the Adult Correctional Institutions ("A.C.I."), was not included as required by 28 U.S.C. § 1915(a)(2). See Order Denying without Prejudice Application to Proceed in Forma Pauperis (Doc. #3) at 1. The Court directed Plaintiff to refile the application by July 20, 2007. See id. at 2. Although the Court received Plaintiff's second application on July 23, 2007, see Docket, it is signed on July 11, 2007, see Second Application, and the Court assumes that it was mailed prior to the July 20, 2007, deadline.

average monthly balance for the six months prior to the filing of his petition. See 28 U.S.C. § 1915(b)(1). Subsequently, a prisoner must pay monthly twenty percent (20%) of the previous month's balance in his or her account until the filing fee is paid in full. See id. § 1915(b)(2).

Based on the Inmate Statement attached to the Second Application, the monthly deposits to Plaintiff's account averaged $34.00 during the six months preceding the filing of the Complaint. The average monthly balance during the same period was $14.55. Accordingly, Plaintiff is required to pay as an initial filing fee $6.80 ($34.00 x 20% = $6.80). Thereafter, the A.C.I. is directed to forward to the Court monthly twenty per cent (20%) of Plaintiff's average daily balance for the previous month.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
July 27, 2007