UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TERRY LEE GRIFFIN, Plaintiff, | : | |
| v. | : | CA 07-212 T |
| CITY OF PROVIDENCE, PROVIDENCE POLICE DEPARTMENT, OFFICER JMUSCO, SERGEANT PARTRIDGE, and OFFICER DESCHAMPS, Defendants. | : | |

**NOTICE AND ORDER REQUIRING PAYMENT OF INITIAL FILING FEE**

On July 27, 2007, the Court granted the second request of Plaintiff Terry Lee Griffin ("Plaintiff") for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). See Order Granting Second Application to Proceed In Forma Pauperis (Document ("Doc.") #5) ("Order of 7/27/07"). The Order of 7/27/07 required Plaintiff to pay an initial filing fee of $6.80. See id. at 2. To date, Plaintiff has not paid this fee.

Accordingly, **Plaintiff is ordered to pay the initial filing fee of $6.80 within thirty days of the date of this order.** If Plaintiff fails to do so, this Magistrate Judge will issue a report and recommendation recommending that the action be dismissed.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
September 21, 2007