UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TERRY GRIFFIN

v.                                                                                          CA 07-212 ML

CITY OF PROVIDENCE, et al.

ORDER

On July 27, 2007, Magistrate Judge Martin issued an order wherein he granted Plaintiff's Motion for Leave to Proceed In Forma Pauperis and directed that the Adult Correctional Institution ("ACI"), where Plaintiff was then housed, forward to the court 20% of Plaintiff's average daily balance in Plaintiff's account each month until the filing fee is paid. On October 17, 2007, the court received $6.80. No other payments have been received. Plaintiff is ordered to provide an accounting as to the balances in his account from November, 2007 to the date of this order and to take whatever steps are necessary to have the ACI send the funds to this court as ordered by Magistrate Judge Martin.

Plaintiff shall comply with this Order on or before February 27, 2009.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
January 26 , 2009