UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TERRY GRIFFIN,
Plaintiff

v.     C.A. No.   07-212ML

CITY OF PROVIDENCE,
ET AL.,
Defendant

**ORDER OF DISMISSAL**

On January 26th, 2009 the Plaintiff was ordered to show good cause why this case should not be dismissed for failure to pay the $350.00 filing fee pursuant to the terms of Magistrate Judge Martin's July 27th, 2007 Order. Since the Plaintiff has failed to respond to the show cause order, the case is hereby dismissed.

It is so ordered.

By Order:

_____
Deputy Clerk

ENTER:


_____
Mary M. Lisi
Chief United States District Judge
March  5, 2009